FILED

SEP 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|          Plaintiffs,           ) | No. CR-07-118-AWI |
| vs.                            ) | ORDER OF RELEASE |
| LEONDRUS McBRIDE,              ) | |
|          Defendant.            ) | |

The above named defendant having been sentenced on September 17, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 9-17-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1