FILED

SEP 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-07-118-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| LEONDRUS McBRIDE, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on September 17, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 9-17-07

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.fm

1