FILED

MAY 03 2010

CLERK ... COURT
EASTERN D... CALIFORNIA
BY S. Arellano
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:07-CR-00118 AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| LEONDRUS MCBRIDE, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on Monday, May 3, 2010 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 5-3-10

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1